O

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )
                                        )
12                    Plaintiff,        )       SA 09-098M
                                        )
13        v.                            )   ORDER OF DETENTION AFTER HEARING
                                        )         (18 U.S.C. § 3142(i))
14   ESTEBAN DIEGO ANDRES,              )
                                        )
15                    Defendant.        )
     _____)

16

17                                     I.

18   A.  ( ) On motion of the Government involving an alleged

19        1. ( )  crime of violence;

20        2. ( )  offense with maximum sentence of life imprisonment or death;

21        3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

22               (21 U.S.C. §§  801,/951, et. seq..,/955a);

23        4. ( )  felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. ( X )    serious risk defendant will flee;

26        2. ( )  serious risk defendant will

27            a. ( )   obstruct or attempt to obstruct justice;

28            b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1 |                                   II.

2 | The Court finds no condition or combination of conditions will reasonable assure:

3 | A.  ( X )    appearance of defendant as required; and/or

4 | B.  (  ) safety of any person or the community;

5 |                                   III.

6 | The Court has considered:

7 | A.  ( x ) the nature and circumstances of the offense;

8 | B.  (x) the weight of evidence against the defendant;

9 | C.  (x) the history and characteristics of the defendant;

10 | D.  (  ) the nature and seriousness of the danger to any person or to the community.

11 |                                   IV.

12 | The Court concludes:

13 | A.  (  ) Defendant poses a risk to the safety of other persons or the community because:

14 |

15 | B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16 | **Defendant is undocumented.  He has no ties to the community and no bail**

17 | **resources.**

18 |

19 | C.  (  ) A serious risk exists that defendant will:

20 | 1. (  )   obstruct  or  attempt to  obstruct  justice;

21 | 2. (  )   threaten, injure or intimidate a witness/ juror; because:

22 |

23 | D.  (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24 | provided in 18 U.S.C. § 3142 (e).

25 | ///

26 | ///

27 | ///

28 | ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: March 5, 2009

9  _____

10  Marc L. Goldman
   U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**